**United States Bankruptcy Court**
For The
DISTRICT OF COLORADO

## CHAPTER 13 TRUSTEE'S FINAL REPORT
## COMPLETED CASE

1Z

IN RE:   MIGUEL ANTONIO and MARTHA LYNNE GONZALEZ

CASE No. 05-47290 MER
Chapter 13
SS #1  XXX-XX-8391
SS #2  XXX-XX-7350

1. The Standing Chapter 13 Trustee submits the final report and account in the above captioned matter for approval by the Court.

2. The Debtors' Plan was confirmed by the order of the Bankruptcy Court dated November 1, 2006 and payments under the plan ceased because the debtors' have completed all payments into the plan.

3. Receipts:
   A. Total Received in Cash from Debtors                                    $12,600.00
   B. Other                                                                       $0.00
   C. Total Receipts                                                          $12,600.00
4. Disbursements
   A. To Trustee    1) compensation         $72.15
                    2) expense              $671.62
   B. To Clerk of the Court                  $0.00
           Total Expenses (trustee and clerk)                                    $743.77
   C. To attorney for Debtors                                                  $1,996.42
   D. To priority claimants (other than B)                                         $0.00
   E. To secured claimants                                                         $0.00
   F. To unsecured claimants                                                   $9,859.81
   G. To post petition claimants                                                   $0.00
   H. To Debtors                                                                   $0.00
   I. Total disbursements                                                     $12,600.00
   J. Balance on Hand                                                              $0.00

5. The Standing Chapter 13 Trustee makes application for allowance of the percentage fees and expenses detailed above. Such percentage fees have been calculated in accordance with 28 U.S.C. Section 596 (e)(1) and are sought as full compensation for services rendered to the estate. No agreement or understanding exists or has existed between the Standing Chapter 13 Trustee or any other person for a division of the percentage fees sought to be allowed by this application, and no such division has been made. All expenses for which reimbursement is sought are reasonable in amount and necessary for the administration of the estate.

6. The estate is fully administered and is ready to close as all payments under the plan have been completed.

I declare under penalty of perjury that this report is true and correct to the best of my knowledge and belief.

Dated:   1/22/2009

/s/ Sally J. Zeman
Standing Chapter 13 Trustee
Sally J. Zeman #15319

Sally J. Zeman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/22/2009

CASE NO: 05-47290 MER
STATUS: PAID IN FULL

10/31/2008

DEBTOR: XXX-XX-8391
GONZALEZ, MIGUEL ANTONIO
AKA: MIKE A GONZALEZ

JOINT DEBTOR: XXX-XX-7350
GONZALEZ, MARTHA LYNNE
M L GONZALEZ

SCHEDULE: 350.00 MONTHLY
TOTAL PAID: 12,600.00

DATE FILED: 10/14/2005
CONFIRMED: 11/01/2006

BAR DATE: 03/20/2006   Non-Government
04/12/2006   Government

PERCENTAGE: 100.000
PLAN: 36 MONTHS

ATTORNEY: LINDQUIST-KLEISSLER & ASSOCIAT
950 SOUTH CHERRY ST. #710
DENVER, CO 80246-0000
Phone: 303 691-9774  Fax: 303 000-0000

1st PAYMENT DUE: 11/2005
ON SCHEDULE: 12,250.00
ACTUAL PAYMENTS: 12,600.00
AMOUNT BEHIND: 0.00

BASE: 12,600.00
Needed to Complete Base: 0.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 10/02/08 | PC | 700.00 |
| 08/26/08 | PC | 350.00 |
| 08/06/08 | PC | 350.00 |
| 07/01/08 | PC | 350.00 |
| 06/02/08 | PC | 350.00 |
| 04/22/08 | PC | 350.00 |
| 04/03/08 | PC | 350.00 |
| 03/05/08 | PC | 350.00 |
| 02/04/08 | PC | 350.00 |
| 01/04/08 | PC | 350.00 |
| 11/30/07 | PC | 350.00 |
| 10/29/07 | PC | 350.00 |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB | FIX PAY ARREARS | ORG. CLAIM | APPROVED TO BE PAID | PRIN. PAID | PRIN. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 014843 | NEW HORIZONS COMMUNITY CREDIT U | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 4,887.41 | 4,887.41 4,887.41 | 276.54 | 4,610.87 |
| 002 | 016011 | WELLS FARGO SERVICING CENTER | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 520.60 | 520.60 520.60 | 28.88 | 491.72 |
| 003 | E763 | ECAST SETTLEMENT CORPORATION WELLS FARGO | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 5,153.74 | 5,153.74 5,153.74 | 290.93 | 4,862.81 |
| 004 | E763 | ECAST SETTLEMENT CORPORATION | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 5,543.83 | 5,543.83 5,543.83 | 314.10 | 5,229.73 |
| 005 | 019061 | NEXTCARD | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 2,284.74 | 2,284.74 2,284.74 | 128.85 | 2,155.89 |
| 006 | 012569 | NATIONAL CITY HOME LOAN SVCS. LIMIT; $1,456.00 IN PLAN | PRO-I | SEC 100.0000 | | 0.00 0.00 | 194,107.35 | 0.00 0.00 | 0.00 | Closed |
| 009 | E747 | ECAST SETTLEMENT CORP BANK OF AMERICA | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 8,056.23 | 8,056.23 8,056.23 | 456.17 | 7,600.06 |
| 010 | 016781 | CAPITAL ONE | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 2,500.93 | 2,500.93 2,500.93 | 141.82 | 2,359.11 |
| 011 | 016781 | CAPITAL ONE | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 1,312.28 | 1,312.28 1,312.28 | 73.62 | 1,238.66 |
| 012 | P1684 | PRA RECEIVABLES MGT LLC/AGENT FC CAPITAL ONE | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 308.05 | 308.05 308.05 | 17.16 | 290.89 |
| 013 | P1684 | PRA RECEIVABLES MGT LLC/AGENT FC CAPITAL ONE | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 810.06 | 810.06 810.06 | 46.08 | 763.98 |
| 014 | 015528 | JEFFERSON CAPITAL SYSTEMS | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 4,115.41 | 4,115.41 4,115.41 | 233.16 | 3,882.25 |
| 015 | 017842 | DISCOVER BANK | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 11,832.45 | 11,832.45 11,832.45 | 668.95 | 11,163.50 |
| 016 | 017842 | DISCOVER BANK | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 10,785.87 | 10,785.87 10,785.87 | 610.27 | 10,175.60 |
| 017 | S3622 | SALLIE MAE SERVICING INC | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 3,475.71 | 3,475.71 3,475.71 | 195.92 | 3,279.79 |
| 018 | E747 | ECAST SETTLEMENT CORP BANK OF AMERICA | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 4,229.01 | 4,229.01 4,229.01 | 239.58 | 3,989.43 |
| 019 | E747 | ECAST SETTLEMENT CORP CHASE MANHATTAN | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 8,864.04 | 8,864.04 8,864.04 | 500.79 | 8,363.25 |
| 020 | E747 | ECAST SETTLEMENT CORP CHASE MANHATTAN | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 5,475.27 | 5,475.27 5,475.27 | 310.22 | 5,165.05 |
| 024 | R1101 | RESURGENT ACQUISITION LLC | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 12,260.17 | 12,260.17 12,260.17 | 693.10 | 11,567.07 |
| 025 | 020387 | CHASE BANK USA NA | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 10,215.45 | 10,215.45 10,215.45 | 578.44 | 9,637.01 |
| 026 | B2419 | BECKET & LEE LLP AM EX TRAVEL | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 347.66 | 347.66 347.66 | 19.27 | 328.39 |
| 027 | B2419 | BECKET & LEE LLP AM EX BANK | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 2,239.59 | 2,239.59 2,239.59 | 125.33 | 2,114.26 |
| 028 | B2419 | BECKET & LEE LLP AM EX BANK | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 23,413.46 | 23,413.46 23,413.46 | 1,314.38 | 22,099.08 |
| 029 | B2419 | BECKET & LEE LLP AM EX CENTURION | PRO | UNS 100.0000 | 10/2008 | 0.00 0.00 | 2,597.96 | 2,597.96 2,597.96 | 147.15 | 2,450.81 |

Sally J. Zeman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/22/2009

CASE NO: 05-47290 MER
STATUS: PAID IN FULL

10/31/2008   DEBTOR: XXX-XX-8391   JOINT DEBTOR: XXX-XX-7350
GONZALEZ, MIGUEL ANTONIO   GONZALEZ, MARTHA LYNNE   SCHEDULE:   350.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB | FIX PAY ARREARS | ORG. CLAIM | APPROVED TO BE PAID | PRIN. PAID | PRIN. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 030 | B2419 | BECKET & LEE LLP / AM EX BANK | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 1,260.70 | 1,260.70 / 1,260.70 | 70.48 | 1,190.22 |
| 032 | B2419 | BECKET & LEE LLP / AM EX CENTURION | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 1,033.22 | 1,033.22 / 1,033.22 | 57.89 | 975.33 |
| 033 | R1101 | RESURGENT ACQUISITION LLC | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 8,585.17 | 8,585.17 / 8,585.17 | 486.12 | 8,099.05 |
| 034 | 012598 | KOHLS DEPARTMENT STORE | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 550.47 | 550.47 / 550.47 | 30.42 | 520.05 |
| 035 | E747 | ECAST SETTLEMENT CORP / LOWE'S | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 800.62 | 800.62 / 800.62 | 44.62 | 756.00 |
| 036 | 019713 | ROUNDUP FUNDING LLC | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 3,354.15 | 3,354.15 / 3,354.15 | 189.32 | 3,164.83 |
| 037 | 019062 | PRODUCTIVITY CARD GE | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 6,621.18 | 6,621.18 / 6,621.18 | 375.11 | 6,246.07 |
| 041 | R1101 | RESURGENT ACQUISITION LLC | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 6,666.03 | 6,666.03 / 6,666.03 | 377.65 | 6,288.38 |
| 046 | 015038 | SHERMETA, ADAMS, ET AL P.C. | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 4,004.70 | 4,004.70 / 4,004.70 | 226.89 | 3,777.81 |
| 047 | E747 | ECAST SETTLEMENT CORP / RBS NAT BANK | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 3,838.28 | 3,838.28 / 3,838.28 | 216.54 | 3,621.74 |
| 048 | E747 | ECAST SETTLEMENT CORP / RBS NAT BANK | PRO | UNS 100.0000 | 10/2008 | 0.00 / 0.00 | 6,602.58 | 6,602.58 / 6,602.58 | 374.06 | 6,228.52 |
| 799 | L1096 | LINDQUIST-KLEISSLER & ASSOCIAT | PRO | ATY 100.0000 | 04/2007 | 0.00 / 0.00 | 5,350.00 | 1,996.42 / 1,996.42 | 1,996.42 | 0.00 |
| 999 | 000000 | DEBTOR | PRO | REF 100.0000 | | 0.00 / 0.00 | Continuing | Continuing / Continuing | 0.00 | 0.00 |
| | | Trustee Administrative Fees | | | | | | 743.77 | 743.77 | |
| | | TOTALS: | | | | 0.00 / 0.00 | 179,897.02 | 177,287.21 / 177,287.21 | 12,600.00 | 164,687.21 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 0.00 | 1,996.42 | 0.00 | 0.00 | 174,547.02 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 1,996.42 | 0.00 | 0.00 | 9,859.81 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 0.00 | 164,687.21 | 0.00 | DUE CREDITORS: | 164,687.21 |
| | | | | | | | EXPECTED ADMIN: | 10,869.33 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 0.00 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 164,687.21 | 0.00 | APPROX BALANCE: | 175,556.54 |

*TBD - To Be Determined, call Trustee office for exact amount.